UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY ANGUIANO, individually, and on behalf of others similarly situated,<br><br>                                    Plaintiff,<br><br>     vs.<br><br>SEQUIUM ASSET SOLUTIONS, LLC<br><br>                                    Defendant. | CASE NO.  1:20-cv-00434-NONE-BAM<br><br>**ORDER ON SECOND STIPULATION TO EXTEND DEFENDANT SEQUIUM ASSET SOLUTIONS, LLC'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: March 25, 2020 |

**ORDER**

On April 29, 2020, the parties filed a Second Joint Stipulation to Extend Defendant Sequium Asset Solution, LLC's Deadline to Respond to Plaintiff Freddy Anguiano's Complaint. The parties explain that additional time is necessary for further settlement discussions and to conduct informal investigations.  (Doc. No. 6.)  Having considered the parties' stipulation, and cause appearing, Defendant's request for a second extension of time to respond to the complaint is GRANTED.  Defendant Sequium Asset Solutions, LLC's deadline to respond to Plaintiff Freddy Anguiano's Complaint is extended to **June 4, 2020**.

IT IS SO ORDERED.

   Dated:   **April 30, 2020**                    /s/ *Barbara A. McAuliffe*           
                                                                    UNITED STATES MAGISTRATE JUDGE

-1-
ORDER ON STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT