UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY ANGUIANO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEQUIUM ASSET SOLUTIONS, LLC,<br><br>Defendant. | Case No. 1:20-cv-00434-NONE-BAM<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY A COURT ORDER<br><br>(Doc. Nos. 10, 12)<br><br>**FOURTEEN (14) DAY DEADLINE** |

On May 8, 2020, the parties filed a notice of settlement of this class action. (Doc. No. 9.) On May 11, 2020, the Court ordered the parties to file appropriate papers to dismiss or conclude this action in its entirety, including a motion for court approval of any class action settlement or dismissal of class claims under Federal Rule of Civil Procedure 23(e), no later than June 22, 2020. (Doc. No. 10.) On June 22, 2020, Plaintiff filed an unopposed motion seeking to extend the deadline for dispositional documents to July 24, 2020. (Doc. No. 11.) The Court granted the motion on June 24, 2020. (Doc. No. 17.) To date, the parties have not filed a motion for court approval of any class action settlement or dismissal of class claims under Rule 23(e) or sought to further extend the deadline to do so.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Furthermore, "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions." L.R. 160(b).

Accordingly, the parties are HEREBY ORDERED to SHOW CAUSE why sanctions

should not be imposed against them for failure to comply with the Court's order requiring the parties to file appropriate dispositional documents by July 24, 2020. (Doc. Nos. 10, 12.) The parties shall file a written response to this order to show cause within **fourteen (14) days** of service of this order. The parties may also comply with this order by filing the required motion for court approval of any class action settlement or dismissal of class claims under Rule 23(e).

**Failure to respond to this order to show cause may result in the imposition of sanctions on counsel or parties who contributed to the violation of this order.**

IT IS SO ORDERED.

Dated:   **July 30, 2020**              /s/ *Barbara A. McAuliffe*            _
                                       UNITED STATES MAGISTRATE JUDGE

2